# Court of Appeals
# of the State of Georgia

ATLANTA,  January 14, 2026

*The Court of Appeals hereby passes the following order:*

## A26A0856. JANISHIA WATKINS v. SAMIYA JONES.

The superior court entered an order on June 3, 2025, denying Janishia Watkins's pro se complaint for change of child custody. Watkins filed a motion to vacate judgment on June 4, 2025, which the record reflects has not been ruled on by the trial court. Watkins filed a notice of appeal on July 28, 2025. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Although Watkins initially indicated in her notice of appeal that she sought to appeal a trial court order entered on or about July 23, 2025, denying her motion to vacate custody order, the record contains no such order, and Watkins later amended her notice of appeal to state that she was appealing the June 3 order.

Here, Watkins filed the notice of appeal 55 days after entry of the June 3 order. Because the notice of appeal was untimely, we lack jurisdiction to consider this appeal,

which is hereby DISMISSED. See OCGA § 5-6-38(a); *Perlman*, 318 Ga. App. at 739 (4).



Court of Appeals of the State of Georgia

    Clerk's Office, Atlanta,  01/14/2026

       I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

       Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.